IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

**VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND**

| | |
|---|---|
| FRANK STAVISH, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 23000539-00<br>) Civil Action No. 3:23cv156<br>) |
| WALGREEN CO. | )<br>) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, Walgreen Co. ("Walgreens"), by counsel, pursuant to 28 U.S.C. §§ 1332(a)(1), 1441, and 1446, hereby removes the action brought against it by Frank Stavish ("Stavish") in the Circuit Court for the City of Richmond, styled <u>Frank Stavish v. WALGREEN CO</u>. As grounds for removal, Defendant states the following:

### PARTIES

(1)     On or about February 01, 2023 "Stavish" filed a complaint against Walgreen Co., in the Circuit Court for the City of Richmond. A copy of the Complaint is attached as Exhibit A.

(2)     The complaint was served on Corporation Service Company, the Registered Agent for Walgreen Co. on February 06, 2023.

(3)     At the time this action was commenced in the Circuit Court for the City of Richmond and at the time of the filing of this Notice of Removal, Walgreen

1

Co. was and remains an Illinois Corporation with its principal place of business in Deerfield, Illinois.

## JURISDICTION AND VENUE

(4) "Walgreens" is not a citizen of Virginia and complete diversity exists given the other co-defendants have not been served. Pursuant to 28 U.S.C. §§ 1332 and 1441, this Court has subject matter jurisdiction over the action.

(5) The amount in controversy, pursuant to Plaintiff's complaint, exceeds $75,000, exclusive of interest and costs.

(6) This notice of removal is timely filed within 30 days' notice of the initial pleading under 28 U.S.C. § 1446(b).

(7) The United States District Court for the Eastern District of Virginia, Richmond Division, embraces the City of Richmond.

## PROCESS AND PLEADINGS

(8) A copy of the Complaint, Summons, and initial discovery is attached as Exhibit A. No other process, pleadings, or orders have been served upon "Walgreens". A copy of "Walgreens" Answer and Affirmative Defenses is attached as Exhibit B.

(9) The Circuit Court for the City of Richmond has been notified of the removal of this action.

## BRIEF IN SUPPORT

(10) "Walgreens" will not file a brief in support of its Notice of Removal. According to the United States District Court for the Eastern District of Virginia Local Rule 11 (C) (1) and (2), briefs are only required to support Motions.

WHEREFORE, "Walgreens" requests that this action be removed to this Court and that this Court assume subject matter jurisdiction.

WALGREEN CO.

BY:_____/s/_____
                Of Counsel

J. Derek Turrietta
Virginia State Bar Number: 35233)
**STACKHOUSE, NEXSEN, & TURRIETTA, PLLC**
4505 Colley Avenue
Norfolk, Virginia 23508
Telephone: (757) 623-355
Fax: (757) 624-9245
Email: dturrietta@sntlegal.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2023, a true copy of the foregoing **NOTICE OF REMOVAL** was sent via ECP and USPS First Class Mail to:

Matthew W. Lastrapes, Esq. (VSB No. 84097)
Allison R. Bennett, Esq. (VSB No. 97638)
**COMMONWEALTH LAW GROUP**
*3311 West Broad Street Richmond, VA 23230 (804)999-9999 - telephone (866)238-6415-facsimile*
*Counsel for Plaintiff*

and by USPS First Class Mail to:

Hon. Edward F. Jewett, Clerk
**City of Richmond Circuit Court**
400 North Ninth Street
John Marshall Courts Building
Richmond, VA 23219

                       /s/
              J. Derek Turrietta
              Virginia Bar Number: 35233
              **STACKHOUSE, NEXSEN, & TURRIETTA, PLLC**
              4505 Colley Avenue
              Norfolk, Virginia 23508
              Telephone: (757) 623-3555
              Fax: (757) 624-9245
              Email: dturrietta@sntlegal.com
              *Counsel for Defendant*