IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRANK STAVISH,

    Plaintiff,

v.                                              Civil Action No. 3:23cv156

WALGREEN CO.,

    and

RX ASHLAND INVESTORS, LLC,

    Defendants.

## FINAL ORDER

It has come to the Court's attention that the parties in this matter have consented to remand due to the lack of diversity between the parties. The Court REMANDS this action to the Circuit Court for the City of Richmond, Virginia. The Court will not award costs or attorney's fees.

Let the Clerk send a copy of this Order to all counsel of record and to the Circuit Court for the City of Richmond, Virginia.

It is SO ORDERED.

Date: 04/18/2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge